KRAMER, Chief Judge,
dissenting:
For the reasons stated in my dissent to the June 21, 2001, full Court opinion, Carpenter v. Principi, 15 Vet.App. 64, 92-97 (2001) (en banc) (Kramer, C.J., dissenting), I voted for reconsideration. In regard to that dissent, I note the recent repeal of section 402 of the Veterans’ Judicial Review Act (VJRA), Pub.L. No. 100-687, § 402, 102 Stat. 4107, 4122 (1988) (found at 38 U.S.C. § 7251 note) (“Chapter 72 of title 38, United States Code, ... shall apply with respect to any case in which a notice of disagreement [ (NOD) ] is filed ... on or after [November 18, 1988]”). Veterans Education and Benefits Expansion Act of 2001, Pub.L. No. 107-103, § 603(a), 115 Stat. 976, 999 (2001). Nevertheless, this Court’s jurisdiction is derivative generally of the Board of Veterans’ Appeals’ (Board) jurisdiction, 38 U.S.C. § 7252(a), and, absent original jurisdiction under 38 U.S.C. § 5904(c)(2) or otherwise, it would appear that the Board’s jurisdiction is dependent on the appellant’s having filed an NOD, 38 U.S.C. § 7105(a), (c); see Marsh v. West, 11 Vet.App. 468, 470 (1998); Garlejo v. Brown, 10 Vet.App. 229, *103 232 (1997). Hence, the repeal of VJRA § 402 has not eliminated the Court’s need to address this important jurisdictional matter.